**Chandra Veda KELLISON,
Petitioner/Respondent,**

v.

**DIRECTOR OF REVENUE,
Respondent/Appellant.**

No. 70256.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 10, 1996.

Jeremiah W. (Jay) Nixon, Attorney General, Ronald D. Pridgin, Special Assistant Attorney General, Missouri Department of Revenue, Jefferson City, for Respondent/Appellant.

R. Andrew Beeny, Clayton, for Petitioner/Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Director of Revenue appeals from the circuit court's judgment setting aside the suspension of petitioner's driving privileges for violation of the Motor Vehicle Financial Responsibility Law, § 303.025, RSMo 1986. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).